EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6-100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2002

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02 00056 HG |
| Plaintiff, | |
| vs. | INDICTMENT |
| | 21 U.S.C. § 846, 841 (a)(1) |
| ZAN FUKUMOTO, | 841(b)(1)(A); 18 U.S.C. § 2; |
| | 21 U.S.C. 844 (a) |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about July 30, 2001, in the District of Hawaii, defendant ZAN FUKUMOTO did knowingly and intentionally attempt to possess with intent to distribute fifty (50) grams or more of

methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Count 2

The Grand Jury further charges that:

On or about July 30, 2001, in the District of Hawaii, defendant ZAN FUKUMOTO did knowingly and intentionally possess methamphetamine, a controlled Schedule II substance.

In violation of Title 21, United States Code, Section 844(a).

## Count 3

The Grand Jury further charges that:

On or about July 30, 2001, within the District of Hawaii, defendant ZAN FUKUMOTO did knowingly and intentionally possess marijuana, a controlled Schedule I substance.

In violation of Title 21, United States Code, Section 844(a).

DATED: __2/20__, 2002 at Honolulu, Hawaii

A TRUE BILL

S/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Zan Fukumoto
Cr. No. _____
"INDICTMENT"